**Order entered February 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00113-CV

## RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellants

### V.

## BANK MIDWEST, N.A., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

We **GRANT** appellee's second unopposed motion for extension of time to file brief and

**ORDER** the brief be filed no later than April 11, 2014.  No further extensions will be granted

absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE